## HENRY M. YOUNG

*vs.*

## LEWISTON, AUGUSTA AND WATERVILLE STREET RAILWAY.

Androscoggin. Decided October 28, 1916. In this case the plaintiff was the owner of the team driven by the plaintiff in case of *Taylor* v. *L. A. & W. St. Ry.*, and he seeks to recover damages for the injury to the team caused by the collision. The case is governed by the same rules of law as *Taylor* v. *L. A. & W. St. Ry.*, and the judgment must be the same as the judgment in that case. Motion overruled. *Tascus Atwood*, for plaintiff. *Newell & Woodside*, for defendant.